No. 01–6624. MALONEY v. KING. C. A. 2d Cir. Certiorari denied.

No. 01–6630. CHRISTEN v. R. J. REYNOLDS TOBACCO CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–6631. FURR v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–6633. GILCHRIST v. ANTHONY, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 01–6634. HERRON v. SCHRIRO, DIRECTOR, MISSOURI DEPARTMENT OF CORRECTIONS, ET AL. C. A. 8th Cir. Certiorari denied.

No. 01–6636. GILBERT v. WITHROW, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–6637. HARPER v. MEDICAL SECTION, TRAVIS COUNTY JAIL. C. A. 5th Cir. Certiorari denied.

No. 01–6638. GUILLORY v. SMITH ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–6639. HARRIS v. CLARK. C. A. 7th Cir. Certiorari denied.

No. 01–6642. McCOY v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 01–6643. BAINES v. McCULLOUGH ET AL. C. A. 3d Cir. Certiorari denied.

No. 01–6644. HOLMES v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 01–6645. HARRISON v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–6646. FLOYD v. LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.